UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ORDER DISMISSING APPEAL

Richard B. Applebaum

    vs.       Case No.     1:21-cv-729 (GTS)

Codie B. Southworth and
Jeffrey Southworth

    Upon the attached Certification of the Clerk of the Bankruptcy Court that the Appellant has failed to file with the Clerk a designation of the items to be included in the record on appeal and a statement of the issues to be presented and the time in which to do so having expired with no extension of time given by the U.S. Bankruptcy Court, it is therefore

    **ORDERED**, that the within appeal shall be **DISMISSED** without further Order of the Court **UNLESS** within **THIRTY (30) DAYS** of the date of this Order, the Appellants fully comply with Federal Rules of Bankruptcy Procedure §§ 8003(a)(3)(C) and 8009(a).

Dated: July 30, 2021

*[signature]*
Glenn T. Suddaby
Chief U.S. District Judge